**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**RAFIQ BIN BASHIR BIN**            :
**JALLUL ALHAMI, et al.,**          :
                                     :
    **Petitioners,**             :
                                     :
    **v.**                      :            **Civil Action No. 05-359 (GK)**
                                     :
**BARACK H. OBAMA, et al.,**         :
                                     :
    **Respondents.**             :

---

**ORDER**

A hearing on Petitioners' Motion for Summary Judgment is scheduled to take place on March 10, 2009.  The Court will begin the hearing by giving a brief procedural background of the case to any observers in the courtroom.  The Court anticipates that all arguments will then be closed to the public.  Nonetheless, it is hereby

**ORDERED**, that if parties believe that their arguments, or portions thereof, can be presented in open court, rather than closed session, they should inform the Court no later than **March 5, 2009,**.

|  |  |
|---|---|
|  | /s/ |
| February 24, 2009 | Gladys Kessler |
|  | United States District Judge |

Copies to:  Attorneys of Record via ECF